FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN MEZA,<br><br>Defendant. | No. 4:24-CR-06017-MKD-2<br><br>ORDER DENYING WITH LEAVE TO RENEW DEFENDANT'S MOTION TO REOPEN DETENTION HEARING<br><br>**ECF No. 45** |

On Wednesday, October 9, 2024, the Court conducted a hearing on Defendant's Motion to Reopen Detention (ECF No. 45). Defendant was represented by court-appointed attorney Richard Smith. Assistant United States Attorney Brandon Pang represented the United States.

On July 31, 2024, Defendant waived the right to a detention hearing pursuant to 18 U.S.C. § 3142(f), and the Court subsequently granted the United States' Motion for Detention (ECF No. 17). ECF No. 35.

Defendant now indicates that a bed date is available at American Behavioral Health Services ("ABHS") and requests the Court grant release for inpatient treatment. ECF No. 45. Counsel has arranged for ABHS transportation services to

ORDER - 1

pick Defendant up from the Yakima County Jail and transport Defendant directly to inpatient treatment at ABHS. *Id.*

However, at the hearing on Defendant's Motion to Reopen Detention, both parties indicated that Defendant has two cases pending in Walla Walla County with active warrants. Due to the Court's concern regarding Defendant's ability to appear because of the active state warrants, for which the United States indicated that bail is unavailable, the parties agreed to strike the hearing pending resolution of Defendant's active warrants. The Court will allow Defendant to re-note Defendant's Motion to Reopen Detention after resolution of the active state warrants.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Reopen Detention (**ECF No. 45**) is **DENIED**.

2. If a party desires that another court review this Order pursuant to 18 U.S.C. § 3145, that party shall immediately notify the Magistrate Judge and opposing counsel. LCrR 46(k)(1). The party shall then promptly file a motion for review before the assigned District Judge. LCrR 46(k)(3). If the case has not yet been assigned to a District Judge, or the assigned District Judge is unavailable, the motion shall be noted for hearing before the Chief District Judge. *Id.*

3. Defendant is bound over to Judge Mary K. Dimke for further proceedings.

ORDER - 2

**IT IS SO ORDERED.**

DATED October 10, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 3