Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Rebecca R. Perez
Brandon L. Pang
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN MEZA,<br><br>Defendant. | Case No.: 4:24-CR-6017-MKD-2<br><br>NOTICE OF REVIEW OF PRESENTENCE INVESTIGATION REPORT |

Plaintiff United States of America, by and through Stephanie Van Marter, Acting United States Attorney for the Eastern District of Washington, Rebecca Perez, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the United States has reviewed the Draft Presentence Investigation Report ("PSIR") at ECF 78. The United States no corrections or changes to the PSIR.

Dated this 14th day of July 2025

Stephanie Van Marter
Acting United States Attorney

*s/ Rebecca Perez*
Rebecca Perez
Assistant United States Attorney

NOTICE OF REVIEW OF PRESENTENCE INVESTIGATION REPORT - 1

## CERTIFICATION

I hereby certify that on July 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

*s/ Rebecca Perez*
Rebecca Perez
Assistant United States Attorney